MICHAEL BAILEY
United States Attorney
District of Arizona
MICAH SCHMIT
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Az Bar No. 014887
Email: gerard.schmit@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY
2020 NOV 12 P 4:39

CR20-02524 TUC-SHR(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | Violation: |
| Harrison SHIRLEY, | 18 U.S.C. §§ 2241(c); 1153; 2246 (Aggravated Sexual Abuse of a Child) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about August 10, 2019, in the District of Arizona, within the confines of the Tohono O'odham Nation, Indian Country, defendant, Harrison Shirley, an Indian, did knowingly engage and attempt to engage in a sexual act, with the victim, Jane Doe, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of the victim's genitalia with the defendant's hand, with an intent to

///

abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of any person.

In violation of Title 18 United States Code Sections 1153, 2241(c), and 2246(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: November 12, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

MICAH SCHMIT
Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE